UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUSTIN ABRAMS,<br><br>                Plaintiff,<br><br>  vs.<br><br>ROBERT CHURCH, GREG KNUTSON, TROY ALLISON, PHILLIP COATS, KERRI ADLER, PETE McMAHAN, SCOTT PONOZZO, D. JAY, D. BARROWS, JAMES WEAVER, GRANT COUNTY SHERIFFS DEPARTMENT (CORRECTIONS DIVISION), and KIM NEWLAND,<br><br>                Defendants. | NO.  CV-06-155-CI<br><br>REPORT AND RECOMMENDATION TO DENY MOTION FOR INJUNCTIVE RELIEF |

    BEFORE THE COURT is Plaintiff's document titled, "Order to Show Cause For a Preliminary Injunction A Temporary Restraining Order" which the court has liberally construed as a Motion for Injunctive Relief (Ct. Rec. 7).  Plaintiff, a prisoner at the Grant County Jail, is proceeding *pro se* and *in forma pauperis;* Respondents have not been served.

    The court has no jurisdiction to address Plaintiff's motion until he has filed a legally sufficient complaint.  *See* generally Fed. R. Civ. P. 3 and the notes following the rule.  Furthermore, Defendants are not parties to a suit before being served with process, *see Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995).  At the time Plaintiff

REPORT AND RECOMMENDATION TO DENY MOTION FOR INJUNCTIVE RELIEF -- 1

submitted his motion, he had not presented a legally sufficient complaint. Accordingly, **IT IS RECOMMENDED** Plaintiff's Motion (Ct. Rec. 7) be **DENIED** with leave to re-file once his has submitted a legally sufficient complaint.

**OBJECTIONS**

Any party may object to a magistrate judge's proposed findings, recommendations or report within ten (10) days following service with a copy thereof. Such party shall file with the District Court Executive all written objections, specifically identifying the portions to which objection is being made, and the basis therefor. Attention is directed to Fed. R. Civ. P. 6(e), which adds another three (3) days from the date of mailing if service is by mail.

A district judge will make a *de novo* determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination. The district judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon. The district judge may also receive further evidence or recommit the matter to the magistrate judge with instructions. See 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 73, and LMR 4, Local Rules for the Eastern District of Washington. A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

DATED September 27, 2006.

S/ CYNTHIA IMBROGNO<br>UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION TO DENY MOTION FOR INJUNCTIVE RELIEF -- 2