UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUSTIN ABRAMS,<br><br>        Plaintiff,<br><br>   vs.<br><br>ROBERT CHURCH, et al.,<br><br>        Defendants. | NO.  CV-06-155-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT IN PART |

On August 11, 2006, Magistrate Judge Imbrogno recommended Plaintiff's complaint be dismissed in part with prejudice (Ct. Rec. 11).  Plaintiff, a prisoner at the Grant County Jail, had sought to bring criminal charges against Defendants under 18 U.S.C. § 242.  There being no objections, the court **ADOPTS** the Report and Recommendation.  The complaint is **DISMISSED WITH PREJUDICE** as to Plaintiff's claims under 18 U.S.C. § 242.

   **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and forward a copy to Petitioner.

   **DATED** this  27th   day of September 2006.


                        s/ Fred Van Sickle
                         FRED VAN SICKLE
                    UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT IN PART -- 1