UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUSTIN ABRAMS,<br><br>        Plaintiff,<br><br>  vs.<br><br>ROBERT CHURCH, et al.,<br><br>        Defendants. | NO.  CV-06-155-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR INJUNCTIVE RELIEF |

On September 27, 2006, Magistrate Judge Imbrogno recommended Plaintiff's request for injunctive relief be denied (Ct. Rec. 16). The deadline for filing objections was October 7, 2006, and the court did not receive Mr. Abrams's objections (Ct. Rec. 17) until October 12, 2006.  Mr. Abrams asserts he wishes to make a record that "the doors to the U.S. District Court are being closed on him because he is unable to prepare documents as such as an attorney would, and that he doesn't have any one at the Grant County Jail to advise him in preparing legal documents, or in the law."

After review of the file and Plaintiff's Objections, the court **ADOPTS** the Report and Recommendation (Ct. Rec. 15).  **IT IS ORDERED** Plaintiff's Motion for Injunctive Relief (Ct. Rec. 7) is **DENIED with leave to renew.**

**IT IS SO ORDERED.**  The District Court Executive is directed to

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR INJUNCTIVE RELIEF -- 1

enter this Order and forward a copy to Plaintiff, along with a copy of the Local Rules for the Eastern District of Washington.

**DATED** this ____18th_____ day of October 2006.

                          s/ Fred Van Sickle
                          FRED VAN SICKLE
                     UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR INJUNCTIVE RELIEF -- 2