UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUSTIN G. ABRAMS,<br><br>       Plaintiff,<br><br>v.<br><br>ROBERT CHURCH, et al.,<br>       Defendants. | No. CV-06-00155-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Magistrate Judge Imbrogno filed a Report and Recommendation on February 22, 2007, recommending Plaintiff's Motion for Leave to File a Second Amended Complaint and Motion for Default Judgment and be denied. (Ct. Rec. 45.) Objections were due on or before March 8, 2007. There being no objections filed, the court **ADOPTS** the Report and Recommendation. The Motion for Leave to File a Second Amended Complaint (**Ct. Rec. 23**) and the Motion for Default Judgment (**Ct. Rec. 35**) are **DENIED**.

**IT IS SO ORDERED**. The District Court Executive shall forward copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this ___9th___ day of April, 2007.

                                s/ Fred Van Sickle
                                  Fred Van Sickle
                          United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1