UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DUSTIN G. ABRAMS,                    )
                                     )    No. CV-06-0155-CI
                 Plaintiff,          )
                                     )    ORDER ADOPTING REPORT AND
v.                                   )    RECOMMENDATION
                                     )
ROBERT CHURCH *et al.*,              )
                                     )
                 Defendants.         )
_____       )

        Magistrate Judge Imbrogno filed a Report and Recommendation on
January 25, 2008, recommending Defendants' Motion for Summary
Judgment be granted and Plaintiff's claims against all Defendants be
dismissed with prejudice.    Objections to the Report and
Recommendation were due on or before February 11, 2008. (Ct. Rec.
68.)   There being no objections to the Report and Recommendation,
the court **ADOPTS** the Report and Recommendation.   Defendants' Motion
for Summary Judgment (Ct. Rec. 56) is **GRANTED** and Plaintiff's claims
are **DISMISSED WITH PREJUDICE.**

        **IT IS SO ORDERED.**   The District Court Executive shall forward
copies of this Order to Plaintiff and counsel for Defendants. The
file shall be closed and judgment entered for Defendants.

        **DATED** this   14th   day of February, 2008.


                        s/ Fred Van Sickle
                        Fred Van Sickle
                        United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28