UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DUSTIN G. ABRAMS,  )
           )
        Plaintiff,  )
           ) CV-06-155-CI
   v.  )
           ) **JUDGMENT**
ROBERT CHURCH, et al.,  )
           )
        Defendants.  )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is **ADOPTED**. Defendants' Motion for Summary Judgment is **GRANTED**; Plaintiff's claims are **DISMISSED WITH PREJUDICE**, and Judgment is entered.

DATED this 14th day of February, 2008.

                                         JAMES R. LARSEN
                                         District Court Executive/Clerk

                                         s/ L. Stejskal, Deputy Clerk